UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAURA ITSEL PERALTA FLORES,<br><br>                        Plaintiff,<br><br>    v.<br><br>CONNIE NOLAN, et al.,<br><br>                        Defendants. | CASE NO. **2:23-cv-00766-RSL**<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

      Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED**. Plaintiff may proceed without prepayment of costs or fees or the necessity of giving security therefore.

      The Clerk is directed to send a copy of this Order to plaintiff.

      DATED this 26th day of May, 2023.

                                                                   BRIAN A. TSUCHIDA
                                                                United States Magistrate Judge